SOUTH PORTO RICO SUGAR COMPANY, PETITIONER, v.
SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of Prohibition against the Judge of the
District Court of Ponce.

No. 20.—Decided April 29, 1919.

Decided on the grounds of the opinion delivered in case No. 249, *South Porto Rico
Sugar Company* v. *Sepúlveda, District Judge.*

Mr. O. B. Frazer for the petitioner.
Messrs. Jorge Sepúlveda and R. Martínez Nadal for the
defendant.

The respondent appeared by brief.

Petition granted.

Chief Justice Hernández and Justices Wolf, del Toro, Al-
drey and Hutchison concurred.